**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| RONALD HARRIS, individually, and as Administrator of the Estate of Stephanie L. Harris (deceased), and as Legal Guardian/ Next Friend of N.H., a Minor, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> WENDI CAPLE, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) C.A. No. 14-706 (GMS) ) ) ) **JURY TRIAL DEMANDED** ) ) ) |

## <u>STIPULATION OF DISMISSAL OF STATE DEFENDANTS</u>

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that all claims against Warden Wendi Caple, Vincent Carr, D.O., and Faith Levy ("State Defendants") are hereby dismissed WITH PREJUDICE.

| | |
|---|---|
| **STATE OF DELAWARE** <br> **DEPARTMENT OF JUSTICE** | **SEITZ, VAN OGTROP & GREEN, P.A.** |
| /s/ Joseph C. Handlon <br> Joseph C. Handlon (#3952) <br> Roopa Sabesan (#5951) <br> Deputy Attorneys General <br> Carvel State Bldg., 6th Fl. <br> 820 N. French Street <br> Wilmington, DE  19801 <br> (302) 577-8400 <br> *Attorneys for State Defendants* | /s/ Kevin Guerke <br> Bernard A. Van Ogtrop, Esq. (#447) <br> Kevin A. Guerke , Esq. (#4096) <br> 222 Delaware Avenue, Suite 1500 <br> P.O. Box 68 <br> Wilmington, DE 19899 <br> *Attorneys for Plaintiff Ronald Harris* |
| Dated: November 24, 2015 | **MEYERSON & O'NEILL** <br><br> Jack Meyerson, Esq. <br> Laura Siegle, Esq. <br> 1700 Market Street, Suite 3025 <br> Philadelphia, PA 19103 <br> *Attorneys for Plaintiff Ronald Harris* |