## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD HARRIS, AS ADMINISTRATOR OF THE ESTATE OF STEPHANIE L. HARRIS (DECEASED), AND AS LEGAL GUARDIAN/NEXT FRIEND OF H.H., A MINOR, | : : : : : : : | C.A. No. 14-706 GMS |
| Plaintiff, | : : | JURY TRIAL DEMANDED |
| v. | : : | |
| CORRECT CARE SOLUTIONS, LLC, et al., | : : : | |
| Defendants. | : | |

## **STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that all claims and cross-claims against Correct Care Solutions, LLC are hereby DISMISSED with prejudice.

| | |
|---|---|
| SEITZ, VAN OGTROP & GREEN, P.A. | WHITEFORD, TAYLOR & PRESTON, LLC |
| | |
| /s/ Bernard A. Van Ogtrop | /s/ Daniel A. Griffith |
| Bernard A. Van Ogtrop, Esquire (No. 447) | Daniel A. Griffith, Esquire (No. 4209) |
| Kevin A. Guerke, Esquire (No. 4096) | The Renaissance Centre |
| Seitz, Van Ogtrop & Green, P.A. | 405 N. King Street, Suite 500 |
| 222 Delaware Avenue, Suite 1500 | Wilmington, DE 19801 |
| P.O. Box 68 | Attorney for Defendants |
| Wilmington, DE 19899 | *Correct Care Solutions, LLC, Mary-Jo* |
| Attorney for Plaintiff | *Wallace, and Shameerah Hicks, Gilfred* |
| *Ronald Harris* | *Ubina* |

|  | MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C. |
|---|---|
| /s/ Joseph C. Handlon | /Norman H. Brooks |
| Joseph C. Handlon, Esquire (No. 3952) | Norman H. Brooks, Jr., Esquire (No. 2568) |
| Deputy Attorney General | 300 Delaware Avenue, Suite 900 |
| Department of Justice | Wilmington, DE  19801 |
| Carvel State Bldg., 6th Floor | Attorney for Defendant, |
| 820 N. French Street | *Jen Buchard* |
| Wilmington, DE  19801 | |
| Attorney for Defendants, | |
| *Warden Wendi Caple, Vincent Carr and Faith Levy* | |

Dated:  February 4, 2016

SO ORDERED this _____ of _____, 2016.

_____
The Honorable Gregory M. Sleet